Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Charles Alexander Muszynski |
| | First Name · Middle Name · Last Name |
| Debtor 2 (Spouse, if filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known) | 23-90112 |

☐ Check if this is an amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

*Check all that apply:*
☑ You
☐ Your spouse
☐ Your dependents   How many dependents? _____   Total number of people _____

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income,* see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

| | That person's average monthly net income (take-home pay) |
|---|---|
| You .................. $ | 3,382.53 |
| Your spouse .... + $ | |
| Subtotal............. $ | 3,382.53 |
| − $ | |
| Total................. $ | 3,382.53 |

**3. Do you receive non-cash governmental assistance?**
☑ No
☐ Yes. Describe............   Type of assistance _____

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☐ No
☑ Yes. Explain. ............   Due to legal bills, the net income will be reduced in order to pay to defend this and the other case.

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

The legal bills are already approaching $10,000.00 and out of annual amount of 40,590.00, almost 25% of what's to live on.

Debtor 1   Charles Alexander Wruszynski
         First Name    Middle Name    Last Name                    Case number (if known) _____

---

| **Part 2:** | **Tell the Court About Your Monthly Expenses** |

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you
   reported on line 2.                                          $_____

   If you have already filled out *Schedule J, Your Expenses,* copy
   line 22 from that form.

7. **Do these expenses cover anyone
   who is not included in your family
   as reported in line 1?**

   ☑ No
   ☐ Yes. Identify who........

8. **Does anyone other than you
   regularly pay any of these
   expenses?**

   If you have already filled out
   *Schedule I: Your Income,* copy the
   total from line 11.

   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

9. **Do you expect your average
   monthly expenses to increase or
   decrease by more than 10% during
   the next 6 months?**

   ☐ No
   ☑ Yes. Explain .............  Same answer as above - legal fees are already approaching
   $10,000.00 - almost 25% of annual maintenance cost

---

| **Part 3:** | **Tell the Court About Your Property** |

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in
    your wallet, in your home, and on
    hand when you file this application

    Cash:          $_____

11. **Bank accounts and other deposits
    of money?**
    *Examples:* Checking, savings,
    money market, or other financial
    accounts; certificates of deposit;
    shares in banks, credit unions,
    brokerage houses, and other
    similar institutions. If you have
    more than one account with the
    same institution, list each. Do not
    include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | _____ | $_____ |
    | Savings account: | _____ | $_____ |
    | Other financial accounts: | _____ | $_____ |
    | Other financial accounts: | _____ | $_____ |

12. **Your home?** (if you own it outright or
    are purchasing it)
    *Examples:* House, condominium,
    manufactured home, or mobile home

    Number   Street _____   Current value:   $_____

    City _____ State ____ ZIP Code ____    Amount you owe
                                              on mortgage and   $_____
                                              liens:

13. **Other real estate?**

    Number   Street _____   Current value:   $_____

    City _____ State ____ ZIP Code ____    Amount you owe
                                              on mortgage and   $_____
                                              liens:

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks,
    sports utility vehicles, motorcycles,
    tractors, boats

    | | | | |
    |---|---|---|---|
    | Make: | porsche | Current value: | $  3,200.00 |
    | Model: | boxster | | |
    | Year: | 1998 | Amount you owe | |
    | Mileage | 128,000 | on liens: | $  0.00 |
    | Make: | _____ | Current value: | $_____ |
    | Model: | _____ | | |
    | Year: | _____ | Amount you owe | |
    | Mileage | _____ | on liens: | $_____ |

---

Debtor 1   Charles Alexander Wrzszynski
First Name   Middle Name   Last Name

Case number *(if known)* _____

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

[ ]

Current value:   $ _____

Amount you owe on liens:   $ _____

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?

_____

_____

How much is owed?

$ _____

$ _____

Do you believe you will likely receive payment in the next 180 days?

[ ] No

[ ] Yes. Explain:

[ ]

---

## Part 4:   Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

[✓] No

[ ] Yes. Whom did you pay? *Check all that apply:*

  [ ] An attorney

  [ ] A bankruptcy petition preparer, paralegal, or typing service

  [ ] Someone else _____

How much did you pay?

$ _____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

[ ] No

[✓] Yes. Whom do you expect to pay? *Check all that apply:*

  [✓] An attorney

  [ ] A bankruptcy petition preparer, paralegal, or typing service

  [ ] Someone else _____

How much do you expect to pay?

$ _____5,000.00

**19. Has anyone paid someone on your behalf for services for this case?**

[✓] No

[ ] Yes. Who was paid on your behalf? *Check all that apply:*

  [ ] An attorney

  [ ] A bankruptcy petition preparer, paralegal, or typing service

  [ ] Someone else _____

Who paid? *Check all that apply:*

  [ ] Parent

  [ ] Brother or sister

  [ ] Friend

  [ ] Pastor or clergy

  [ ] Someone else _____

How much did someone else pay?

$ _____

**20. Have you filed for bankruptcy within the last 8 years?**

[✓] No

[ ] Yes. District _____ When _____ Case number _____
                         MM/ DD/ YYYY

  District _____ When _____ Case number _____
                         MM/ DD/ YYYY

  District _____ When _____ Case number _____
                         MM/ DD/ YYYY

---

## Part 5:   Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X *[signature]*   X _____

Signature of Debtor 1   Signature of Debtor 2

Date 05/11/2023   Date _____
    MM / DD / YYYY       MM / DD / YYYY

---