| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Charles Muszynski<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1273<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter: 7   5/11/23 |
| Case number: | 23–90112 | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles Muszynski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2810 US Highway 190 West<br>#100<br>Livingston, TX 77351 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Stephen J. Zayler<br>123 E. Lufkin Avenue<br>PO Box 150743<br>Lufkin, TX 75915–0743 | Contact phone (936) 634–1020<br>Email: zayler@suddenlinkmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Willow<br>Suite 112<br>Beaumont, TX 77701 | Hours open:<br>8:00 – 4:00<br><br>Contact phone 409–839–2617<br><br>Date: 5/12/23 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 2, 2023 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Dial–In Information,**<br>**https://www.txeb.uscourts.gov/341info** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 23-90112-jps

Charles Muszynski Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-9      User: admin      Page 1 of 2

Date Rcvd: May 12, 2023      Form ID: 309A      Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Muszynski, 2810 US Highway 190 West, #100, Livingston, TX 77351-8727 |
| 8265735 | + | 211 PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265762 | + | 42 VENTURES, LLC, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265743 | + | AFTER II MOVIE, LLC, 500 N. Rainbow Road, Ste 300A, Las Vegas, NV 89107-1061 |
| 8265742 | + | AFTER PRODUCTIONS, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 8265741 | + | AMBI DISTRIBUTION CORP., 3415 S. Sepulveda Blvd., 11th Fl., Los Angeles, CA 90034-6060 |
| 8265739 | + | BADHOUSE STUDIOS, LLC, 8265 Sunset Blvd, Ste 107, West Hollywood, CA 90046-2433 |
| 8265745 | + | BEDEVILED LLC, 18823 Belshire Ave, Cerritos 90703-8409 |
| 8265726 | + | BODYGUARD PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265747 | + | COLOSSAL MOVIE PRODUCTIONS, LLC, 127 Broadway, Ste 220, Santa Monica, CA 90401-2392 |
| 8265765 | + | CULPEPPERIP, LLC, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265760 | + | DALLAS BUYERS CLUB, LLC, 7 Switchbud Pl, Ste 192, The Woodlands, TX 77380-3707 |
| 8265767 | | DAVID COX, Canton, MI |
| 8265736 | + | DAY OF THE DEAD PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson Ci, Ste 208, Carson City, NV 89701-4269 |
| 8265731 | + | DEFINITION DELAWARE, LLC, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 8265725 | #+ | EVE NEVADA, LLC, 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048-3100 |
| 8265748 | + | FSMQ FILM, LLC, 9107 Wilshire Blvd, Ste 600, Beverly Hills, CA 90210-5519 |
| 8265723 | + | HUNTER KILLER PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265738 | + | I AM WRATH PRODUCTIONS, INC., 1901 Ave of the Stars, Ste 1050, Los Angeles, CA 90067-6036 |
| 8265764 | + | JOEL B. ROTHMAN, 21301 Powerline Road, Ste 100, Boca Raton, FL 33433-2389 |
| 8265757 | | JUSTICE EVERYWHERE PRODUCTIONS LLC, at 1901 Ave of the Stars, Ste 1050, Los Angeles, CA 90067 |
| 8265763 | + | KERRY STEVEN CULPEPPER, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265727 | + | KILLING LINK DISTRIBUTION, LLC, 9190 Olympic Blvd, Suite 400, Beverly Hills, CA 90212-3540 |
| 8265750 | + | LF2 PRODUCTIONS, INC, 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265728 | + | LHF PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265732 | + | MILLENNIUM IP, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265746 | + | MILLENNIUM MEDIA, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265755 | + | MILLENNIUM SPVH, INC, Carson Street, Ste 208, Carson City, NV 89701-4299 |
| 8265752 | + | MON, LLC, 215 1/2 Arnaz Drive, Beverly Hills, CA 90211-2803 |
| 8265744 | | MORGAN CREEK PRODUCTIONS, INC., 32 Loockerman Square, #L-100, Dover, DE 19901 |
| 8265721 | + | Marcia Waddell, 145 West 58th Street, New York, NY 10019-1529 |
| 8265722 | + | Millennium Funding, Inc., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265733 | + | NIKOLA PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265734 | + | OUTPOST PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265759 | + | PARADOX STUDIOS, LLC, 919 North Market Street, Ste 950, Wilmington, DE 19801-3036 |
| 8265729 | + | RAMBO V PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265761 | + | SCREEN MEDIA VENTURES, LLC, 800 Third Ave., 3rd Floor, New York, NY 10022-7655 |
| 8265753 | + | SF FILM, LLC, 90 State Street, Ste 700, Office 40, Albany, NY 12207-1707 |
| 8265768 | | SMR HOSTING LLC, Livonia, MI |
| 8265754 | + | SPEED KILLS PRODUCTIONS, INC, 8265 Sunset Blvd., Ste 107, West Hollywood, CA 90046-2433 |
| 8265766 | + | SRIPLAW, P.A., 21301 Powerline Road, Ste 100, Boca Raton, FL 33433-2389 |
| 8265758 | + | STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, L, 800 W. 6th Street,, Ste 380, Los Angeles, CA 90017-2706 |

| District/off: 0540-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 309A | Total Noticed: 49 |

| | | |
|---|---|---|
| 8265737 | #+ | VENICE PI, LLC, 116 N Robertson Blvd, Ste 200, Los Angeles, CA 90048-3100 |
| 8265724 | + | VOLTAGE HOLDINGS, LLC, 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048-3100 |
| 8265730 | + | WONDER ONE, LLC, 4164 Weslin Ave, Sherman Oaks, CA 91423-4661 |
| 8265740 | + | YAR PRODUCTIONS, INC, 9 Acer Ct., Monsey, NY 10952-2473 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: QSJZAYLER.COM | May 13 2023 03:22:00 | Stephen J. Zayler, 123 E. Lufkin Avenue, PO Box 150743, Lufkin, TX 75915-0743 |
| ust | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | May 12 2023 23:32:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8265756 | + Email/PDF: richard@hannibalclassics.com | May 12 2023 23:31:00 | HANNIBAL CLASSICS INC, 8033 Sunset Blvd., Ste 1066, West Hollywood, CA 90046-2401 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8265749 | ##+ | FW PRODUCTIONS, LLC, 9454 Wilshire Blvd., Ste M-16, Beverly Hills, CA 90212-2907 |
| 8265751 | ##+ | RUPTURE CAL, INC, 9454 Wilshire Blvd., Ste M-16, Beverly Hills, CA 90212-2907 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen J. Zayler | zayler@suddenlinkmail.com  szayler@ecf.axosfs.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2