

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Charles Muszynski | § | Case No. 23-90112 |
| xxx-xx-1273 | § | |
| 2810 US Highway 190 West, #100 | § | |
| Livingston, TX 77351 | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER DENYING APPLICATION FOR WAIVER OF THE
### CHAPTER 7 FILING FEE BUT ALLOWING PAYMENT IN INSTALLMENTS

On this date came on for consideration the Application for Waiver of the Chapter 7 Filing Fee filed by the above-referenced Debtor(s) in this bankruptcy case. Having reviewed the Application, the Court finds that it should be denied. The Court is sympathetic to Debtor's request and circumstances. However, 28 U.S.C. § 1930(f) requires a Debtor requesting a waiver of the Chapter 7 filing fee to have income less than 150% of the official poverty line, which unfortunately Debtor exceeds. These guidelines are available online at: https://aspe.hhs.gov/poverty-guidelines. However, the Court finds it appropriate to allow the filing fee to be paid by Debtor in installments. Accordingly, just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Application for Waiver of the Chapter 7 Filing Fee shall be, and hereby is, **DENIED**.

**IT IS FURTHER ORDERED** that Debtor must pay the filing fee according to the following terms:

| | You must Pay . . . | On or before this date . . . |
|---|---|---|
| | $84.50 | June 12, 2023 |
| | $84.50 | July 10, 2023 |
| | $84.50 | August 9, 2023 |
| | $84.50 | September 8, 2023 |
| **TOTAL:** | $338.00 | |

**IT IS FURTHER ORDERED** that if the Debtor would like to propose a different payment timetable, the Debtor must file a motion promptly with a payment proposal. The Debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official

Form 103A) for this purpose. The court will consider it.

**IT IS FURTHER ORDERED** that Debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The Debtor must also pay the entire filing fee to receive a discharge. If the Debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the Debtor's rights in future bankruptcy cases may be affected.

Signed on 05/15/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE