IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION


EOD
05/15/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Charles Muszynski | § | Case No. 23-90112 |
| xxx-xx-1273 | § | |
| 2810 US Highway 190 West, #100 | § | |
| Livingston, TX 77351 | § | |
| | § | |
| Debtor | § | Chapter 7 |

**ORDER DENYING** A**PPLICATION FOR WAIVER OF THE
CHAPTER 7 FILING FEE BUT ALLOWING PAYMENT IN INSTALLMENTS**

 On this date came on for consideration the Application for Waiver of the Chapter 7 Filing Fee filed by the above-referenced Debtor(s) in this bankruptcy case. Having reviewed the Application, the Court finds that it should be denied. The Court is sympathetic to Debtor's request and circumstances. However, 28 U.S.C. § 1930(f) requires a Debtor requesting a waiver of the Chapter 7 filing fee to have income less than 150% of the official poverty line, which unfortunately Debtor exceeds. These guidelines are available online at: https://aspe.hhs.gov/poverty-guidelines. However, the Court finds it appropriate to allow the filing fee to be paid by Debtor in installments. Accordingly, just cause exists for entry of the following order.

 **IT IS THEREFORE ORDERED** that the Application for Waiver of the Chapter 7 Filing Fee shall be, and hereby is, **DENIED**.

 **IT IS FURTHER ORDERED** that Debtor must pay the filing fee according to the following terms:

| | **You must Pay . . .** | **On or before this date . . .** |
|---|---|---|
| | **$84.50** | **June 12, 2023** |
| | **$84.50** | **July 10, 2023** |
| | **$84.50** | **August 9, 2023** |
| | **$84.50** | **September 8, 2023** |
| **TOTAL:** | **$338.00** | |

 **IT IS FURTHER ORDERED** that if the Debtor would like to propose a different payment timetable, the Debtor must file a motion promptly with a payment proposal. The Debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official

Form 103A) for this purpose. The court will consider it.

**IT IS FURTHER ORDERED** that Debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The Debtor must also pay the entire filing fee to receive a discharge. If the Debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the Debtor's rights in future bankruptcy cases may be affected.

Signed on 05/15/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 23-90112-jps

Charles Muszynski Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0540-9 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf400 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles Muszynski, 2810 US Highway 190 West, #100, Livingston, TX 77351-8727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen J. Zayler | zayler@suddenlinkmail.com  szayler@ecf.axosfs.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2