**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

EOD
05/25/2023

IN RE:
Charles Muszynski
2810 US Highway 190 West
#100
Livingston , TX 77351
SSN: XXX-XX-1273
Debtor

Case No. 23-90112 jps
Chapter: 7

### NOTICE OF INTENT TO STRIKE DEFICIENT
### PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON THIS DATE** the Court reviewed the claims registry in the above-referenced case. The Court finds that, on May 24, 2023, Marcia Waddell ("Claimant") filed a proof of claim #1, the contents of which are so deficient that it fails to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a) and Fed. R. Bankr. P. 3002(a); fails to substantially comply with Official Form B410; or otherwise fails to supply sufficient information to be legitimately assigned to the claims registry of a particular case. In that regard, the putative proof of claim is deficient in the following respects:

☑ failure to file on a Proof of Claim Form(B410)

Accordingly, because such failure(s) reflect a failure to abide by the applicable provisions of the Bankruptcy Code and Bankruptcy Rules and preclude the prompt administration of this case, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Marcia Waddell , the above-referenced claimant, shall file with the Court an amended proof of claim in substantial compliance with Fed. R. Bankr. P. 3001(a) and Official Form B410 or a withdrawal of claim within fourteen (14) days of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Claimant fails to comply with the terms of this Order, absent a further order of the Court extending such deadline for cause shown, the above-referenced proof of claim shall be declared **NULL** and **VOID** and **STRICKEN** from the claims registry without further notice or hearing.

Signed on 05/25/2023

_____  JJ
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re:  Case No. 23-90112-jps
Charles Muszynski  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-9      User: admin      Page 1 of 3
Date Rcvd: May 25, 2023      Form ID: pdf400      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | ++ | MARCIA WADDELL MUSZYNSKI, ATTN MARCIA WADDELL, 166 SECOND AVENUE, 16C, NEW YORK NY 10003-5739 address filed with court:, Marcia Waddell, 166 2nd Avenue, Unit 16c, New York, NY 10003 |
| 8265721 | + | Marcia Waddell, 145 West 58th Street, New York, NY 10019-1529 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: MarciaMuszynski@gmail.com | May 26 2023 00:42:00 | Marcia Waddell, 166 2nd Avenue, Unit 16c, New York, NY 10003 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kerry Steven Culpepper, I | on behalf of Creditor CULPEPPER IP LLLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor SCREEN MEDIA VENTURES LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | |

| | | |
|---|---|---|
| District/off: 0540-9 | User: admin | Page 2 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: pdf400 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor RAMBO V PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor PARADOX STUDIOS  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor AMBI DISTRIBUTION CORP. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor YAR PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor SF FILM  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MILLENNIUM MEDIA  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor WONDER ONE  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor DALLAS BUYERS CLUB  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor COLOSSAL MOVIE PRODUCTIONS  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor NIKOLA PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor FW PRODUCTIONS  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor KILLING LINK DISTRIBUTION  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor GLACIER FILMS 1  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor HITMAN TWO PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor LF2 PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor AFTER II MOVIE  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MON  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor DEFINITION DELAWARE LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor VOLTAGE HOLDINGS  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor 42 VENTURES  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor BEDEVILED LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor BODYGUARD PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor LHF PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor SPEED KILLS PRODUCTIONS  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS  LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor I AM WRATH PRODUCTION  INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor FSMQ FILM  LLC kculpepper@culpepperip.com |

| | | |
|---|---|---|
| District/off: 0540-9 | User: admin | Page 3 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: pdf400 | Total Noticed: 2 |

| | |
|---|---|
| Kerry Steven Culpepper, I | on behalf of Creditor RUPTURE CAL INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor VENICE PI LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MILLENNIUM IP INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor OUTPOST PRODUCTIONS INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MILLENNIUM FUNDING INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor BADHOUSE STUDIOS LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MORGAN CREEK PRODUCTIONS INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor AFTER PRODUCTIONS LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor HANNIBAL CLASSICS INC. kculpepper@culpepperip.com |
| Stephen J. Zayler | zayler@suddenlinkmail.com szayler@ecf.axosfs.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 41