UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
__Choose Your Division__ DIVISION

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TX

2023 MAY 30  PM 12: 57

CLERK, U.S. BANKRUPTCY COURT

BY_____DEPUTY

**Charles Muszynski**

DEBTOR(S)

**23-90112**

CASE NO.

I am a **Debtor** in the above referenced bankruptcy case.

My **PREVIOUS** address is: 2810 US Highway 190 W., #100

**Livingston, TX 77351**

Please **CHANGE** to the new address: **855 Forrester Street**

**Silsbee, TX 77656**

DATE: **19 May 2023**

DEBTOR SIGNATURE: _[signature]_

JOINT DEBTOR SIGNATURE
(If filed by Debtor)

NAME OF CREDITOR:

AUTHORIZED SIGNATURE:

TITLE:
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
300 Willow, Suite 100
Beaumont, TX 77701