Revised 12/1/2009                                                                                           LBR Appendix 1007-b-6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| **Charles Muszynski** | **23-90112** |
|---|---|
| Debtor(s) | Bankruptcy Case Number |

*FILED U.S. BANKRUPTCY COURT EASTERN DISTRICT OF TX 2023 MAY 30 PM 12:57 CLERK, U.S. BANKRUPTCY COURT BY ___ DEPUTY*

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Date: 5/5/23

Debtor Signature

**Creditors**

1. MILLENNIUM FUNDING, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

2. HUNTER KILLER PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

3. VOLTAGE HOLDINGS, LLC is a Nevada limited liability company with its principal place of business at 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048.

4. EVE NEVADA, LLC is a Nevada limited liability company with its principal place of business at 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048.

5. BODYGUARD PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

6. KILLING LINK DISTRIBUTION, LLC is a California limited liability company with its principal place of business at 9190 Olympic Blvd. Suite 400, Beverly Hills, CA 90212.

7. LHF PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

8. RAMBO V PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

9. WONDER ONE, LLC is a Wyoming limited liability company with its principal place of business at 4164 Weslin Ave. Sherman Oaks, CA 91423.

10. DEFINITION DELAWARE, LLC is a Delaware limited liability company with its principal place of business at 251 Little Falls Drive Wilmington, DE 19808.

11. MILLENNIUM IP, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

12. NIKOLA PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

13. OUTPOST PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

14. 211 PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

15. DAY OF THE DEAD PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

16. VENICE PI, LLC is a California limited liability company with its principal place of business at 116 N Robertson Blvd Ste #200, Los Angeles, CA 90048.

17. I AM WRATH PRODUCTIONS, INC. is a California corporation with its principal place of business at 1901 Ave of the Stars Suite 1050, Los Angeles, CA 90067.

18. BADHOUSE STUDIOS, LLC is a Wyoming limited liability company with its principal place of business at 8265 Sunset Blvd., Suite 107, West Hollywood, CA 90046.

19. YAR PRODUCTIONS, INC. is a New York corporation with its principal place of business at 9 Acer Ct. Monsey, New York, 10952.

20. AMBI DISTRIBUTION CORP. is a Delaware corporation with its principal place of business at 3415 S. Sepulveda Blvd., 11th Fl. Los Angeles, California 90034.

21. AFTER PRODUCTIONS, LLC is a Delaware limited liability company with its principal place of business at 1209 Orange Street Wilmington, DE 19801.

22. AFTER II MOVIE, LLC, is a Nevada limited liability company with its principal place of business at 500 N. Rainbow Road, Suite 300 A, Las Vegas, NV, 89107.

23. MORGAN CREEK PRODUCTIONS, INC. is a Maryland corporation with its principal place of business at 32 Loockerman Square, #L-100 Dover, DE 19901.

24. BEDEVILED LLC is a California limited liability company with its principal place of business at 18823 Belshire Ave Cerritos, CA 90703.

25. MILLENNIUM MEDIA, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

26. COLOSSAL MOVIE PRODUCTIONS, LLC is a California limited liability company with its principal place of business at 127 Broadway, Suite 220, Santa Monica, CA 90401.

27. FSMQ FILM, LLC is a California limited liability company with its principal place of business at 9107 Wilshire Blvd. Ste 600 Beverly Hills, CA 90210.

28. FW PRODUCTIONS, LLC is a California limited liability company with its principal place of business at 9454 Wilshire Blvd., Suite M-16 Beverly Hills, CA 90212.

29. LF2 PRODUCTIONS, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

30. RUPTURE CAL, INC. is a California limited liability company with its principal place of business at 9454 Wilshire Blvd., Suite M-16 Beverly Hills, CA 90212.

31. MON, LLC is a California limited liability company with its principal place of business at 215 1/2 Arnaz Drive Beverly Hills, CA 90211.

32. SF FILM, LLC is a New York limited liability company with its principal place of business at 90 State Street Ste 700, Office 40 Albany, New York 12207.

33. SPEED KILLS PRODUCTIONS, INC. is a Wyoming corporation with its principal place of business at 8265 Sunset Blvd., Suite 107 West Hollywood, CA 90046.

34. MILLENNIUM SPVH, INC. is a Nevada corporation with its principal place of business at 318 N. Carson Street, Ste 208, Carson City, NV 89701.

35. HANNIBAL CLASSICS INC. is a California corporation with its principal place of business at 8033 Sunset Blvd Suite 1066 West Hollywood, CA 90046.

36. JUSTICE EVERYWHERE PRODUCTIONS LLC is a Georgia limited liability company with its principal place of business at 1901 Ave of the Stars, Suite 1050, Los Angeles, CA, 90067.

37. STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC is a California limited liability company with its principal place of business at 800 W. 6th Street, Suite 380, Los Angeles, CA 90017.

38. PARADOX STUDIOS, LLC is a Delaware limited liability company with its principal place of business at 919 North Market Street, Suite 950 Wilmington, DE 19801.

39. DALLAS BUYERS CLUB, LLC is a Texas limited liability company with its principal place of business at 7 Switchbud Pl, Ste 192, The Woodlands, TX 77380.

40. SCREEN MEDIA VENTURES, LLC is a Delaware limited liability company with its principal place of business at 800 Third Ave., 3rd Floor, New York, NY 10022.

41. 42 VENTURES, LLC is a limited liability company organized under the laws of Hawaii and having its principal place of business at 75-5915 Walua Rd., Kailua Kona, Hawaii, 96740.

42. KERRY STEVEN CULPEPPER, individually located at 75-5915 Walua Rd., Kailua Kona, Hawaii, 96740.

43. CULPEPPERIP, LLC is a limited liability legal company organized under the laws of Hawaii and having its principal place of business at 75-5915 Walua Rd., Kailua Kona, Hawaii, 96740.

44. JOEL B. ROTHMAN, individually located at 21301 Powerline Road, #100, Boca Raton, Florida, 33433.

45. SRIPLAW, P.A., is a legal professional association organized under the laws of Florida and having its principal place of business at 21301 Powerline Road, #100, Boca Raton, Florida, 33433.

ADDITIONAL CREDITORS ADDED AS OF 19 MAY 2023

    46.    JAN DASH, c/o Grant Thornton, 33 Calle Boliva, Ste 400, San Juan, PR 00917

    47.    GRANT THORNTON, 33 Calle Boliva, Ste 400, San Juan, PR 00917

    48.    F.A. HAYEK IRREVOCABLE SETTLEMENT TRUST, 33 Calle Boliva, Ste 400, San Juan, PR 00917

    49.    SOUTHPAC TRUST LIMITED, ANZ House, PO Box 11, Avarua Rarotonga, Cook Islands

    50.    SOUTHPAC TRUST NEVIS LIMITED, Hunkins Plaza, Charlestown, Nevis

    51.    JENEMI ASSOCIATES, INC., 2295 S Hiawassee Rd., #411, Orlando, FL 32835

    52.    ROBERT POLA, 2295 S. Hiawassee Rd., #411, Orlando, FL 32835

    53.    BREADWARE, 466 S. Skylane Dr, Durango, CO 81303

    54.    STUIDORED, 4019 Transport St, Palo Alto, CA, 94303

    55.    GLO-JET, c/o Allan Rivera, Esq., Capital Center Bldg., #401, 239 Arterial Hotos Avenue, Hato Rey, Puerto Rico, 00918

    56.    GLO-JET INTERNATIONAL, c/o Allan Rivera, Esq., Capital Center Bldg., #401, 239 Arterial Hotos Avenue, Hato Rey, Puerto Rico, 00918

    57.    ANDY KEESEE, c/o Allan Rivera, Esq., Capital Center Bldg.,

#401, 239 Arterial Hotos Avenue, Hato Rey, Puerto Rico, 00918

58.     ANDREW KEESEE, c/o Allan Rivera, Esq., Capital Center Bldg., #401, 239 Arterial Hotos Avenue, Hato Rey, Puerto Rico, 00918.

59.     1701 MANAGEMENT, LLC, 151 Calle San Francisco, San Juan, PR 00901

60.     JP MORGAN CHASE, Chase Card Services, 201 North Walnut Street, De1-0153, Wilmington, DE 19801