FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TX

2023 JUN -2 PM 1:11

CLERK, U.S. BANKRUPTCY
COURT

BY_____DEPUTY

Certificate Number: 03621-TXE-CC-037426385



03621-TXE-CC-037426385

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 13, 2023, at 11:26 o'clock AM EDT, Charles Muszynski received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 13, 2023          By:    /s/Nicola ButtsWimpel

                            Name:  Nicola ButtsWimpel

                            Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).