IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION


EOD
06/12/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARLES MUSZYNSKI | § | CASE NO. 23-90112 |
| xx-xxx1273 | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

On this date this Court considered the Application of STEPHEN J. ZAYLER for an order approving the employment of STEPHEN J. ZAYLER as primary bankruptcy counsel for the Chapter 7 Estate in the above referenced case. The Application has been properly serviced as required by the Local Rules of Bankruptcy Procedure 2014 and no objection to the Application has been timely filed by any party. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in *11 U.S.C. §101(14)* and that the proposed professional represents or holds no interest adverse to the Estate. Accordingly,

IT IS THEREFORE ORDERED that the Application is **GRANTED** and that the employment of STEPHEN J. ZAYLER as primary bankruptcy counsel for the Chapter 7 Estate in the above referenced case is hereby **APPROVED**, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed.R.Bankr.P. 2016(a) and Local Rule of Bankruptcy Procedure 2016.

Signed on 06/12/2023

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE