Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 23−90112
Chapter: 7
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Charles Muszynski
  PO Box 1423
  Basseterre
  St. Kitts & Nevis, WI

Social Security / Individual Taxpayer ID No.:
  xxx−xx−1273

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3qZnUBR, Instructions at www.txeb.uscourts.gov

on 8/22/23 at 09:30 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge filed by Creditor Kerry S Culpepper, et al 50 Motion to Extend Time to File Complaint to Determine Dischargeability, Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Stephen J. Zayler). Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)

Dated: 8/1/23

  Jason K. McDonald
  Clerk, U.S. Bankruptcy Court