## ORDER COMPELLING PRODUCTION OF RECORDS

ON _____, came on to be heard the Motion to Compel Production of Records and, based on the evidence presented, the arguments of counsel and the record before the court, it is hereby

ORDERED that Kerry Culpepper, individually, and CulpepperIP, LLLC shall produce the documents as defined in and responsive to Debtor's Request for Production (the "Documents") within its (their) possession, custody or control within five (5) days of the entry of this order[1]; it is further

ORDERED that to the extent Kerry Culpepper, individually and CulpepperIP, LLC fail to produce the Documents, each shall sign a sworn affidavit specifically detailing why the Documents were not produced, and to the extent applicable, why they are not available for production; it is further

ORDERED that Documents produced in compliance with the Request for Production shall be made available to Charles Muszynski, pro se Debtor; it is further

ORDERED that to the extent Kerry Culpepper, individually, or CulpepperIP, LLLC fail to produce Documents, he and/or it shall identify the full name and address of such parties associated with such claims, and the contact information of such claimants; it is further

---

[1] This requires Culpepper and CulpepperIP, LLLC to affirmatively contact and recover the Documents from his, its clients and/or personal records to the extent he or CulpepperIP, LLC did not retain physical possession of such Documents.

ORDERED that as to any information which Kerry Culpepper, individually, and/or CulpepperIP, LLC fails to produce in compliance with the Subpoena, he/it shall identify the full contact information related thereto.

IT IS SO ORDERED.

Signed on:

_____
Honorable Jason P. Searcy,
UNITED STATES BANKRUPTCY JUDGE