Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.:  23−90112
Chapter:  7
Judge:  Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Charles Muszynski
 PO Box 1423
 Basseterre
 St. Kitts & Nevis,
 WEST INDIES

Social Security / Individual Taxpayer ID No.:
 xxx−xx−1273

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3qZnUBR, Instructions at www.txeb.uscourts.gov

on 8/22/23 at 09:30 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)58 Debtor's Motion to Transfer Venue filed by Debtor Charles Muszynski).
Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)

Dated: 8/11/23

 Jason K. McDonald
 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                                                     Case No. 23-90112-jps

Charles Muszynski                                                                                 Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-9                                         User: admin                                         Page 1 of 5

Date Rcvd: Aug 11, 2023                               Form ID: 100                                 Total Noticed: 102

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles Muszynski, PO Box 1423, Basseterre, St. Kitts & Nevis, WEST INDIES |
| cr | + | 42 VENTURES, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | AFTER II MOVIE, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | AFTER PRODUCTIONS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | AMBI DISTRIBUTION CORP., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | BADHOUSE STUDIOS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | BEDEVILED LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | BODYGUARD PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | COLOSSAL MOVIE PRODUCTIONS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | CULPEPPER IP, LLLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | DALLAS BUYERS CLUB, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | DEFINITION DELAWARE LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | FSMQ FILM, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | FW PRODUCTIONS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | GLACIER FILMS 1, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | HANNIBAL CLASSICS INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | HITMAN TWO PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | I AM WRATH PRODUCTION, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | JUSTICE EVERYWHERE PRODUCTIONS LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | KILLING LINK DISTRIBUTION, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | LF2 PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | LHF PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | MILLENNIUM FUNDING, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | MILLENNIUM IP, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | MILLENNIUM MEDIA, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | MON, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | MORGAN CREEK PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | NIKOLA PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | OUTPOST PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | PARADOX STUDIOS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | RAMBO V PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | RUPTURE CAL, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | SCREEN MEDIA VENTURES, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | SF FILM, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | SPEED KILLS PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, L, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | VENICE PI, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | VOLTAGE HOLDINGS, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | WONDER ONE, LLC, c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| cr | + | YAR PRODUCTIONS, INC., c/o Kerry Culpepper, 75-170 Hualalai Road, Ste B204, Kailua-Kona, HI 96740-1737 |
| 8270966 | | 1701 Management, LLC, 151 Calle San Francisco, San Juan, PR 00927-5862 |
| 8265735 | + | 211 PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265762 | + | 42 VENTURES, LLC, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265743 | + | AFTER II MOVIE, LLC, 500 N. Rainbow Road, Ste 300A, Las Vegas, NV 89107-1061 |

District/off: 0540-9 | User: admin | Page 2 of 5
Date Rcvd: Aug 11, 2023 | Form ID: 100 | Total Noticed: 102

| | | |
|---|---|---|
| 8265742 | + | AFTER PRODUCTIONS, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| 8265741 | + | AMBI DISTRIBUTION CORP., 3415 S. Sepulveda Blvd., 11th Fl., Los Angeles, CA 90034-6060 |
| 8270965 | + | Andrew Keesee, c/o Allan Rivera, Esq, Capital Center Bldg, #401, 239 Arterial Hotos Ave, Hato Rey, PR 00918-1474 |
| 8270964 | + | Andy Keesee, c/o Allan Rivera, Esq, Capital Center Bldg, #401, 239 Arterial Hotos Ave, Hato Rey, PR 00918-1474 |
| 8265739 | + | BADHOUSE STUDIOS, LLC, 8265 Sunset Blvd, Ste 107, West Hollywood, CA 90046-2433 |
| 8265745 | + | BEDEVILED LLC, 18823 Belshire Ave, Cerritos 90703-8409 |
| 8265726 | + | BODYGUARD PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8270960 | + | Breadware, 466 S Skylane Dr, Durango, CO 81303-6010 |
| 8265747 | + | COLOSSAL MOVIE PRODUCTIONS, LLC, 127 Broadway, Ste 220, Santa Monica, CA 90401-2392 |
| 8265765 | + | CULPEPPERIP, LLC, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265760 | + | DALLAS BUYERS CLUB, LLC, 7 Switchbud Pl, Ste 192, The Woodlands, TX 77380-3707 |
| 8265767 | | DAVID COX, Canton, MI |
| 8265736 | + | DAY OF THE DEAD PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson Ci, Ste 208, Carson City, NV 89701-4269 |
| 8270955 | + | FA Hayek Irrevocable Settlement Trust, 33 Calle Boliva, Ste 400, San Juan, PR 00917-2013 |
| 8265748 | + | FSMQ FILM, LLC, 9107 Wilshire Blvd, Ste 600, Beverly Hills, CA 90210-5519 |
| 8265749 | + | FW PRODUCTIONS, LLC, 9454 Wilshire Blvd., Ste M-16, Beverly Hills, CA 90212-2907 |
| 8270962 | + | Glo-Jet, c/o Allan Rivera, Esq, Capital Center Bldg, #401, 239 Arterial Hotos Ave, Hato Rey, PR 00918-1474 |
| 8270963 | + | Glo-Jet Internation, c/o Allan Rivera, Esq, Capital Center Bldg, #401, 239 Arterial Hotos Ave, Hato Rey, PR 00918-1474 |
| 8270954 | + | Grant Thornton, 33 Calle Boliva, Ste 400, San Juan, PR 00917-2013 |
| 8265723 | + | HUNTER KILLER PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265738 | + | I AM WRATH PRODUCTIONS, INC., 1901 Ave of the Stars, Ste 1050, Los Angeles, CA 90067-6036 |
| 8265764 | + | JOEL B. ROTHMAN, 21301 Powerline Road, Ste 100, Boca Raton, FL 33433-2389 |
| 8265757 | | JUSTICE EVERYWHERE PRODUCTIONS LLC, at 1901 Ave of the Stars, Ste 1050, Los Angeles, CA 90067 |
| 8270953 | + | Jan Dash, c/o Grant Thornton, 33 Calle Boliva, STe 400, San Juan, PR 00917-2013 |
| 8270958 | + | Jenemi Associates, Inc., 2295 S Hiawassee Rd, #411, Orlando, FL 32835-8747 |
| 8265763 | + | KERRY STEVEN CULPEPPER, 75-5915 Walua Rd., Kailua Kona, HI 96740-1375 |
| 8265727 | + | KILLING LINK DISTRIBUTION, LLC, 9190 Olympic Blvd, Suite 400, Beverly Hills, CA 90212-3540 |
| 8265750 | + | LF2 PRODUCTIONS, INC, 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265728 | + | LHF PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265732 | + | MILLENNIUM IP, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265746 | + | MILLENNIUM MEDIA, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265755 | + | MILLENNIUM SPVH, INC, Carson Street, Ste 208, Carson City, NV 89701-4299 |
| 8265752 | + | MON, LLC, 215 1/2 Arnaz Drive, Beverly Hills, CA 90211-2803 |
| 8265744 | | MORGAN CREEK PRODUCTIONS, INC., 32 Loockerman Square, #L-100, Dover, DE 19901 |
| 8265721 | + | Marcia Waddell, 145 West 58th Street, New York, NY 10019-1529 |
| 8265722 | + | Millennium Funding, Inc., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265733 | + | NIKOLA PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265734 | + | OUTPOST PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265759 | + | PARADOX STUDIOS, LLC, 919 North Market Street, Ste 950, Wilmington, DE 19801-3036 |
| 8265729 | + | RAMBO V PRODUCTIONS, INC., 318 N. Carson Street, Ste 208, Carson City, NV 89701-4269 |
| 8265751 | + | RUPTURE CAL, INC, 9454 Wilshire Blvd., Ste M-16, Beverly Hills, CA 90212-2907 |
| 8270959 | + | Robert Pola, 2295 S Hiawassee Rd, #411, Orlando, FL 32835-8747 |
| 8265761 | + | SCREEN MEDIA VENTURES, LLC, 800 Third Ave., 3rd Floor, New York, NY 10022-7655 |
| 8265753 | + | SF FILM, LLC, 90 State Street, Ste 700, Office 40, Albany, NY 12207-1707 |
| 8265768 | | SMR HOSTING LLC, Livonia, MI |
| 8265754 | + | SPEED KILLS PRODUCTIONS, INC, 8265 Sunset Blvd., Ste 107, West Hollywood, CA 90046-2433 |
| 8265766 | + | SRIPLAW, P.A., 21301 Powerline Road, Ste 100, Boca Raton, FL 33433-2389 |
| 8265758 | + | STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, L, 800 W. 6th Street,, Ste 380, Los Angeles, CA 90017-2706 |
| 8270961 | + | Stuidored, 4019 Transport St, Palo Alto, CA 94303-4914 |
| 8265724 | + | VOLTAGE HOLDINGS, LLC, 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048-3100 |
| 8265730 | + | WONDER ONE, LLC, 4164 Weslin Ave, Sherman Oaks, CA 91423-4661 |
| 8265740 | + | YAR PRODUCTIONS, INC, 9 Acer Ct., Monsey, NY 10952-2473 |

TOTAL: 96

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8293052 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 11 2023 23:38:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8265731 | + | Email/Text: CSCBNC@cscglobal.com | | |
| | | | Aug 11 2023 23:15:00 | DEFINITION DELAWARE, LLC, 251 Little Falls Drive, Wilmington, DE 19808-1674 |

| 8265756 | + Email/PDF: richard@hannibalclassics.com | | |
| | | Aug 11 2023 23:15:00 | HANNIBAL CLASSICS INC, 8033 Sunset Blvd., Ste 1066, West Hollywood, CA 90046-2401 |
| 8270967 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Aug 11 2023 23:21:56 | JP Morgan Chase, Chase Card Services, 201 North Walnut Street, Del-0153, Wilmington, DE 19801 |
| 8287297 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Aug 11 2023 23:21:49 | JP Morgan Chase Bank NA, Three Christina Centre, 201 North Walnut Street, Wilmington, DE 19801 |
| 8270869 | Email/Text: MarciaMuszynski@gmail.com | | |
| | | Aug 11 2023 23:15:00 | Marcia Waddell, 166 2nd Avenue, 16C, New York, NY 10003 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8270956 | | Southpac Trust Limited, Anz House, PO Box 11, Avarua Rarotonga, Cook Islands |
| 8270957 | | Southpac Trust Nevis Limited, Hunkins Plaza, Charlestown, Nevis |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 8265725 | ##+ | EVE NEVADA, LLC, 116 N. Robertson Blvd, Suite 200, Los Angeles, CA 90048-3100 |
| 8265737 | ##+ | VENICE PI, LLC, 116 N Robertson Blvd, Ste 200, Los Angeles, CA 90048-3100 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kerry Steven Culpepper, I | on behalf of Creditor I AM WRATH PRODUCTION INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor OUTPOST PRODUCTIONS INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MILLENNIUM FUNDING INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor BADHOUSE STUDIOS LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor MORGAN CREEK PRODUCTIONS INC. kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | on behalf of Creditor AFTER PRODUCTIONS LLC kculpepper@culpepperip.com |
| Kerry Steven Culpepper, I | |

on behalf of Creditor HANNIBAL CLASSICS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor CULPEPPER IP LLLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor SCREEN MEDIA VENTURES LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor RAMBO V PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor PARADOX STUDIOS LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor AMBI DISTRIBUTION CORP. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor YAR PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor SF FILM LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor MILLENNIUM MEDIA INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor WONDER ONE LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor Kerry S Culpepper kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor DALLAS BUYERS CLUB LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor COLOSSAL MOVIE PRODUCTIONS LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor NIKOLA PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor FW PRODUCTIONS LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor KILLING LINK DISTRIBUTION LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor GLACIER FILMS 1 LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor HITMAN TWO PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor LF2 PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor AFTER II MOVIE LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor MON LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor DEFINITION DELAWARE LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor VOLTAGE HOLDINGS LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor 42 VENTURES LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor BEDEVILED LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor BODYGUARD PRODUCTIONS INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I

on behalf of Creditor LHF PRODUCTIONS INC. kculpepper@culpepperip.com

District/off: 0540-9                                    User: admin                                    Page 5 of 5
Date Rcvd: Aug 11, 2023                                Form ID: 100                                Total Noticed: 102

Kerry Steven Culpepper, I
                    on behalf of Creditor SPEED KILLS PRODUCTIONS  INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I
                    on behalf of Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS  LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I
                    on behalf of Creditor FSMQ FILM  LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I
                    on behalf of Creditor RUPTURE CAL  INC. kculpepper@culpepperip.com

Kerry Steven Culpepper, I
                    on behalf of Creditor VENICE PI  LLC kculpepper@culpepperip.com

Kerry Steven Culpepper, I
                    on behalf of Creditor MILLENNIUM IP  INC. kculpepper@culpepperip.com

Stephen J. Zayler
                    zayler@suddenlinkmail.com  szayler@ecf.axosfs.com

Stephen J. Zayler
                    on behalf of Trustee Stephen J. Zayler zayler@suddenlinkmail.com  szayler@ecf.axosfs.com

US Trustee
                    USTPRegion06.TY.ECF@USDOJ.GOV


TOTAL: 43